# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DAVID T. MILLER,**

    *Plaintiff,*

v.                                                             **CASE NO.: 1:20cv226-MW/GRJ**

**RUBY TUESDAY,**

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville division. The Clerk shall take all necessary steps to effect the transfer and close the file.

**SO ORDERED on November 4, 2020.**

                                                           *s/Mark E. Walker*
                                                           **Chief United States District Judge**